UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

CRIMINAL MINUTES – JURY TRIAL
Day 9

Case No.: 4:12CR00021-002        Date: 10/9/2017

**Defendant:** William R. Whyte (Bond)        **Counsel:** Justin Lugar; Thomas Bondurant, Jr.; Jennifer DeGraw (Retained)

PRESENT:
- JUDGE: Hon. Jackson L. Kiser
- Deputy Clerk: Martha L. Hupp
- Court Reporter: Sonia Ferris, OCR
- U. S. Attorney: Heather Carlton; Caitlin Cottingham
- USPO: Sidney Edwards
- Case Agent: J. Schoeneweis (DCIS); J. Pittman (FBI)
- Interpreter: None

## LIST OF WITNESSES

| GOVERNMENT | DEFENDANT |
|---|---|
|  |  |

PROCEEDINGS:

- [x] Government makes objections as to Jury Instructions. Jury in at 9:30 a.m. 14 jurors present.
- [ ] Government continues presentation of evidence.
- [ ] Government rests.
- [ ] Defendant makes Motion for Judgment of Acquittal.
  Court [ ] grants [ ] denies [ ] takes under advisement.
- [ ] Defendant continues presentation of evidence.

☐ Defendant rests.
☒ Defendant renews Motion for Judgment of Acquittal.
  Court ☐ grants ☒ denies ☐ takes under advisement.
☒ Defendant renews Motion for Mistrial with Prejudice. Court denies.
☐ Surrebuttal evidence.
☒ Closing Arguments.
☒ Jury Instructions given to Jury.
☒ Objections to Jury Instructions by U.S.A as previously stated on the record..
  Court ☒ overrules ☐ grants.
☒ Jury retires to deliberate at 1:07 p.m   Jury in at 2:21 with two jury questions addressed by Judge Kiser on the record.
☒ Jury returns at 4:30.
☒ Jury Verdict: Guilty as to Counts 1, 2, 3, 6, 7, 8, 10, 11, 12.
  ☒ Jury polled.          ☐ Polling waived.
  ☐ Mistrial declared.    ☒ Jury discharged.
☒ Bond Hearing set for October 19, 2017 at 9:30 a.m. before Judge Jackson L. Kiser in Danville.
☐ Sentencing set for _____.
☒ Sentencing to be set by Clerk.
☐ Court orders Presentence Report.
☒ Bond revoked and Defendant remanded to custody.
☐ Defendant to remain on bond.

Additional Information:
Court adjourns.

TIME IN COURT:  9:30-10:10; 10:38-11:48; 12:06-1:07; 2:21-2:31; 4:30-4:41 (TOTAL:  3:12)